FILED
MAR 28 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:19 MJ 00070 SKO |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| MARQUIS LEONARD HAWKINS, | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent interference with law enforcement's ability to apprehend the defendant,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: March 27, 2019

_____
Honorable Sheila K. Oberto
UNITIED STATES MAGISTRATE JUDGE