| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARQUIS L. HAWKINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION TO REVOKE DETENTION ORDER |
| vs. | |
| MARQUIS L. HAWKINS | DATE: June 10, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on defendant's motion to revoke detention order in the above-captioned matter now set for June 3, 2019, before the Honorable Dale A. Drozd, may be continued to June 10, 2019, at 10:00 a.m..

The reason for this request is that Ms. Sonia Pittman, the mother of Mr. Hawkins's fiancée, recently passed and her services are scheduled for the morning of June 3, 2019. Friends and family members wishing to attend Mr. Hawkins's court hearing would now have a scheduling conflict and would be unable to come. Counsel for the government has no objection to the requested continuance and is available on the requested date.

Time was previously excluded under the Speedy Trial Act up to and including June 10, 2019. *See* PACER DKT #19.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR SCOTT<br>United States Attorney |
| DATED: May 28, 2019 | By: | /s/ *Justin Gilio*<br>JUSTIN GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 28, 2019 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>MARQUIS L. HAWKINS |

**O R D E R**

IT IS SO ORDERED that the hearing on defendant's motion to revoke detention order in the above-entitled case shall be continued to June 10, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **May 28, 2019**

_____
UNITED STATES DISTRICT JUDGE