HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:19-CR-00089 DAD-BAM |
| *Plaintiff,* | ORDER FOR TEMPORARY RELEASE |
| vs. | |
| MARQUIS L. HAWKINS, | |
| *Defendant.* | |

Upon consideration of Defendant Marquis L. Hawkins's (**PID: 7037442; BK: 1918668**) motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED.  Mr. Hawkins is to be released to the custody of Kevin Mitchel of the Federal Defender's Office at 9:00 a.m. on Monday, June 3, 2019.  Kevin Mitchel shall accompany Mr. Hawkins at all times during his temporary release and shall transport Mr. Hawkins to the church service and burial service for Sonia Pittman.  Mr. Hawkins shall return to the Fresno County Jail immediately after the conclusion of the burial service, but no later than 5:00 p.m. on June 3, 2019, regardless of whether the burial service is concluded.  While on release, Mr. Hawkins is ordered to obey all laws and remain at all times in the presence of Kevin Mitchel.

IT IS SO ORDERED.

Dated:  **May 30, 2019**      /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE