| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARQUIS L. HAWKINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION TO REVOKE DETENTION ORDER |
| vs. | |
| MARQUIS L. HAWKINS, | DATE: June 24, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on defendant's motion to revoke detention order in the above-captioned matter now set for June 10, 2019, before the Honorable Dale A. Drozd, may be continued to June 24, 2019, at 10:00 a.m.

The government in its opposition to Defendant's Motion to Revoke, filed on June 5, 2019, proffered new information and a number of new exhibits the defense needs additional time to review and respond to. Counsel for the government has no objection to the requested continuance and is available on the requested date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial and specifically under 18

U.S.C. § 3161(h)(1)(D) for the filing of defense pretrial motions. Additionally, the parties agreed that under Ninth Circuit law, a motion to revoke should be heard "promptly," but this delay is at the request of defense counsel and is necessary to allow time for proper preparation of the case.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: June 6, 2019    By:    /s/ *Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 6, 2019    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
MARQUIS L. HAWKINS

## O R D E R

IT IS SO ORDERED that the hearing on defendant's motion to revoke detention order in the above-entitled case shall be continued to June 24, 2019 at 10:00 a.m. The time period of the date of this order to June 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) because it results from a pretrial motion and a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 6, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE