HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION TO REVOKE DETENTION ORDER |
| vs. | |
| MARQUIS L. HAWKINS | DATE: July 15, 2019 TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on defendant's motion to revoke detention order in the above-captioned matter now set for June 24, 2019, before the Honorable Dale A. Drozd, may be continued to July 15, 2019, at 10:00 a.m.

The defense is requesting the additional time to properly respond to government opposition to Defendant's Motion to Revoke. Defense counsel has ran into some logistical difficulties with the expert it wishes to retain to review the relevant materials so is requesting the continuance to be adequately prepared for the hearing. Counsel for the government has no objection to the requested continuance and is available on the requested date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time has already been

excluded up to and including Mr. Hawkins's next status conference date of August 12, 2019. Additionally, the parties agree that under Ninth Circuit law, a motion to revoke should be heard "promptly," but this delay is at the request of defense counsel and is necessary to allow time for proper preparation of the case.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: June 18, 2019            By:    /s/ Justin J. Gilio
                                       JUSTIN J. GILIO
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: June 18, 2019            By:    /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       MARQUIS L. HAWKINS


## O R D E R

IT IS SO ORDERED that the hearing on defendant's motion to revoke detention order in the above-entitled case shall be continued to July 15, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **June 18, 2019**            _____
                                     UNITED STATES DISTRICT JUDGE