1  HEATHER E. WILLIAMS, CA #122664
   Federal Defender
2  CHARLES J. LEE, CA #221057
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  Marquis Leonard Hawkins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00089-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| MARQUIS LEONARD HAWKINS, | |
| Defendant. | |

     Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Marquis Leonard Hawkins, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

     Mr. Hawkins is currently on pretrial supervision subject to numerous conditions, including electronic monitoring and participation in the Better Choices Court Program.  Mr. Hawkins recently re-enrolled back into Fresno City College and started working as an in home

supportive services provider.  Mr. Hawkins has classes scheduled on Mondays and requests the waiver to minimize any absences.  The requested waiver would not apply to any of his scheduled Better Choices court dates.

Dated: August 13, 2019　　　　　　　　　*/s/ Original Signature on File*
　　　　　　　　　　　　　　　　　　　　MARQUIS L. HAWKINS
　　　　　　　　　　　　　　　　　　　　Defendant

Dated: August 13, 2019　　　　　　　　　*/s/ Charles J. Lee*
　　　　　　　　　　　　　　　　　　　　CHARLES J. LEE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorneys for Marquis L. Hawkins

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **August 14, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE