HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS<br><br>  Defendant. | Case No.  1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Mr. Hawkins's order of release condition (7)(p) concerning location monitoring/curfew, be deleted.  All other conditions remain in full force and effect.

This modification is requested as Mr. Hawkins has been on electronic monitoring since his release on July 16, 2019, with no location monitoring violations during that time.  He also has been participating in the Better Choices Court Program and has been progressing well in that program as well as attending school and restoring his driving privilege.

During this past month, Mr. Hawkins's mother has had a number of health concerns with Mr. Hawkins providing care, taking her to various medical appointments, and taking her several times to the emergency room at St. Agnes.  Because of his mother's care needs and his overall compliance and progress of pretrial supervision, supervising Pretrial Services Officer Frank Guerrero is supportive of the removal of the location monitoring condition.  In the light of the

above, the government does not object to the removal of this one condition with all other conditions remaining in full force and effect.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: April 28, 2020    By:    /s/ *Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 28, 2020    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
MARQUIS L. HAWKINS

## O R D E R

IT IS SO ORDERED that the location monitoring / curfew condition contained in condition 7(p) shall be deleted. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 29, 2020**

UNITED STATES MAGISTRATE JUDGE