HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS<br><br>          Defendant. | Case No.  1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT ON SUPERSEDING INFORMATION AND CHANGE OF PLEA<br><br>DATE:   August 24, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing in the above-captioned matter now set for June 22, 2022, before the Honorable Dale A. Drozd, may be continued to August 24, 2020, at 9:00 a.m..

Mr. Hawkins has an unresolved state court matter that the parties would like to see the resolution of before proceeding on the federal case.  The parties have been in plea negotiations and anticipate the federal case should resolve once more information is obtained on the state court matter.  Counsel for the government has no objection to the requested continuance and is available on the requested date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial and specifically under 18

U.S.C. § 3161(h)(1)(D) for defense preparation, investigation, and continued plea negotiations.

                                                Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: June 16, 2020          By:    /s/ *Justin J. Gilio*
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 16, 2020          By:    /s/ *Charles J. Lee*
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                MARQUIS L. HAWKINS

## **O R D E R**

IT IS SO ORDERED that the hearing in the above-entitled case shall be continued to August 24, 2020 at 10:00 a.m.  The time period through August 24, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) because a continuance is granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated:  **June 16, 2020**                      /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE