HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS<br><br>Defendant. | Case No.  1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Mr. Hawkins' order of release condition (7)(a) concerning location monitoring/home incarceration that was imposed on June 29, 2020, by the Honorable Stanley A. Boone, be modified to location monitoring/curfew.  All other conditions remain in full force and effect.

On June 29, 2020, Mr. Hawkins was arraigned on a Pretrial Services Violation petition alleging a single violation of a failure to obey all laws, specifically involving commercial burglary, looting, and receipt of stolen property.  Dkt. 69.  A contested hearing was requested and this Court imposed the additional condition of home incarceration pending the outcome of the hearing.  Dkt. 70.  Upon completion of the contested hearing, Judge Oberto found there was no probable cause to believe Mr. Hawkins committed the State crimes alleged in the petition.  Dkt. 103.  Based on the testimony and evidence received during the contested hearing, the parties

believe the requested modification is the appropriate least restrictive condition in combination with the other conditions previously imposed that will reasonably assure the safety of the community.

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

DATED: August 1, 2020           By:    /s/ *Justin J. Gilio*
                                                       JUSTIN J. GILIO
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

DATED: August 1, 2020           By:    /s/ *Charles J. Lee*
                                                         CHARLES J. LEE
                                                       Assistant Federal Defender
                                                       Attorneys for Defendant
                                                       MARQUIS L. HAWKINS

## **O R D E R**

IT IS SO ORDERED that the location monitoring / curfew condition contained in condition 7(a) contained at Docket 70 shall be modified to read as follows:

CURFEW:  You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services officer or supervising officer for medical, religious services, employment or court-related ordered obligations.

    All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 2, 2020**                   [signature]
                                               UNITED STATES MAGISTRATE JUDGE