HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| MARQUIS L. HAWKINS | DATE:   July 19, 2021<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective counsel, that the sentencing hearing in the above-captioned matter now set for March

1, 2021, before the Honorable Dale A. Drozd, may be continued to July 19, 2021, at 9:00 a.m.

Defense is requesting the additional time as it anticipates a Supreme Court decision in the

near future which will directly impact its formal objections to the presentence report.  Defense is

also in the process of collecting additional materials in preparation of the sentencing hearing.

Counsel for the government has no objection to the requested continuance.

As Mr. Hawkins has already entered his guilty plea on this case, no exclusion of time is

necessary under the Speedy Trial Act.

///

///

1                       Respectfully submitted,

2

3                       McGREGOR SCOTT
United States Attorney

4  DATED: January 22, 2021      By:  /s/ *Justin J. Gilio*
                                         JUSTIN J. GILIO

5                       Assistant United States Attorney
Attorney for Plaintiff

6

7                       HEATHER E. WILLIAMS
Federal Defender

8

9  DATED: January 22, 2021      By:  /s/ *Charles J. Lee*
                                         CHARLES J. LEE

10                      Assistant Federal Defender
Attorneys for Defendant

11                      MARQUIS L. HAWKINS

12

13                    **O R D E R**

14      IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be

15  continued to July 19, 2021 at 10:00 a.m.

16

17  IT IS SO ORDERED.

18    Dated:  **January 22, 2021**

                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28