| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950<br><br>Attorneys for Defendant<br>MARQUIS L. HAWKINS | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS,<br><br>  Defendant. | Case No. 1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: August 23, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for July 20, 2021, before the Honorable Dale A. Drozd, may be continued to August 23, 2021, at 10:00 a.m.

Defense is requesting the additional time to further analyze and incorporate the recent Supreme Court decision of *Borden v. United States*, 19-5410 (June 10, 2021), into its formal objections and guideline calculations. Defense counsel is also requesting the additional time for preparation for the sentencing hearing. Counsel for the government has no objection to the requested continuance.

As Mr. Hawkins has already entered his guilty plea on this case, no exclusion of time is necessary under the Speedy Trial Act.

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: July 2, 2021 | | By: | /s/ *Justin J. Gilio*<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 2, 2021 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>MARQUIS L. HAWKINS |

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to August 23, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 2, 2021**

_____
UNITED STATES DISTRICT JUDGE