HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| MARQUIS L. HAWKINS | DATE:   October 25, 2021<br>TIME:    9:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for September 7, 2021, before the Honorable Dale A. Drozd, may be continued to October 25, 2021, at 9:00 a.m..

   Mr. Hawkins was recently arrested in connection was Fresno Superior Court case F210906879.  Defense counsel needs additional time to speak with Mr. Hawkins and look into the state court case.  Counsel for the government has no objection to the requested continuance.

   Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

///

///

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 30, 2021    By:    /s/ *Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 30, 2021    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
MARQUIS L. HAWKINS

# O R D E R

IT IS SO ORDERED that the sentencing hearing on the above-entitled case shall be continued to October 25, 2021, at 9:00 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **August 30, 2021**

UNITED STATES DISTRICT JUDGE