1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  MARQUIS L. HAWKINS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:19-cr-00089-DAD-BAM
12 |         Plaintiff, | STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING
13 | vs. |
14 | MARQUIS L. HAWKINS, | DATE:   November 8, 2021
   |                    | TIME:   9:00 a.m.
15 |         Defendant. | JUDGE: Hon. Dale A. Drozd

16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the sentencing hearing in the above-captioned matter now set for October

20 25, 2021, before the Honorable Dale A. Drozd, may be continued to November 8, 2021, at 9:00

21 a.m..

22        In August, Mr. Hawkins had firearms charges filed against him in Fresno Superior Court

23 case F210906879.  The government references that case and includes one of the law enforcement

24 reports as part of its sentencing memorandum, filed on Friday October 8, 2021.  Defense counsel

25 needs additional time to investigate and respond to the allegations contained in the state court

26 case and speak with state court counsel.  Due to a conflict, the first state court public defender

27 could not remain on the case.  Counsel for the government has provided defense with discovery

28 in its possession for that state case and is attempting to provide defense with some additional

requested discovery items as soon as possible so defense can be prepared by the requested date. The government hopes to have those materials to defense by Friday October 15, 2021. The parties have agreed to continue the sentencing 2 weeks to allow defense time to review the additional materials and conduct independent investigation into this new state case against Mr. Hawkins.

Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 13, 2021     By:     /s/ *Justin J. Gilio*
                                    JUSTIN J. GILIO
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 13, 2021     By:     /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    MARQUIS L. HAWKINS

**O R D E R**

IT IS SO ORDERED that the sentencing hearing on the above-entitled case shall be continued to November 8, 2021, at 9:00 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**October 14, 2021**__  

UNITED STATES DISTRICT JUDGE