1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00089-DAD-BAM-1 |
| Plaintiff, | ORDER GRANTING THE UNITED STATES' MOTION FOR REVOCATION OF RELEASE UNDER 18 U.S.C. § 3148 |
| v. | |
| MARQUIS LEONARD HAWKINS, | (ECF Nos. 153, 154) |
| Defendant. | |

On November 16, 2021, the Government filed a motion for revocation of release pursuant to 18 U.S.C. § 3148.  (ECF No. 153.)  On November 23, 2021, Defendant Marquis Leonard Hawkins filed an opposition to the motion.  (ECF No. 154.)  On November 30, 2021, the Court held a hearing on the Government's motion via videoconference.  (ECF No. 155.)  Counsel Charles Lee appeared on behalf of Defendant.  Counsel Justin Gilio appeared on behalf of the Government.  Having considered the moving and opposition papers, as well as the arguments presented at the November 30, 2021 hearing, the Court shall grant the Government's motion for a revocation of release pursuant to 18 U.S.C. § 3148.

Pursuant to 18 U.S.C. § 3148, the Government may initiate a proceeding to revoke release by filing a motion with the Court and an order of revocation and detention shall be entered after a hearing if the Court:

(1) finds that there is—

(A)  probable  cause  to  believe  that  the  person  has

committed a Federal, State, or local crime while on release; or

(B) clear and convincing evidence that the person has violated any other condition of release; and

(2) finds that—

(A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or

(B) the person is unlikely to abide by any condition or combination of conditions of release.

18 U.S.C. § 3148(b). The 18 U.S.C. § 3142 factors are as follows:

(g) Factors to be considered.--The judicial officer shall, in determining whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community, take into account the available information concerning—

(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including—

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release. In considering the conditions of release described in subsection (c)(1)(B)(xi) or (c)(1)(B)(xii) of this section, the judicial officer may upon his own motion, or shall upon

1   the motion of the Government, conduct an inquiry into the
2   source of the property to be designated for potential
    forfeiture or offered as collateral to secure a bond, and shall
3   decline to accept the designation, or the use as collateral, of
    property that, because of its source, will not reasonably
4   assure the appearance of the person as required.

5   18 U.S.C. § 3142(g).

6        In consideration of the arguments presented in briefing and at the hearing, and for the

7   reasons stated on the record, the Court finds probable cause to believe that the Defendant has

8   committed a Federal, State, or local crime while on release.  18 U.S.C. § 3148(b)(1)(A).  Having

9   found that there is probable cause that Defendant violated his conditions of release by

10  committing a new law violation there arises a rebuttable presumption that there are no conditions

11  or combination of conditions that will assure that Defendant will not pose a danger to the safety

12  of any other person or the community.  18 U.S.C. § 3148(b).  Defendant has not rebutted this

13  presumption.  The Court shall order the defendant detained.

14       Accordingly, IT IS HEREBY ORDERED that:

15  1.   The Government's motion to revoke the order of release (ECF No. 153) is
16       GRANTED;

17  2.   Defendant Marquis Leonard Hawkins shall be detained and shall report to the
18       United States Marshals Office at: 2500 Tulare Street, Fresno, California by 5:00
19       p.m. on November 30, 2021; and

20  3.   The Defendant's failure to report by 5 p.m. will result in a warrant being issued.

21
22  IT IS SO ORDERED.

23  Dated:   **November 30, 2021**

    _____
    UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28