HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS<br><br>Defendant. | Case No.  1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE:   January 18, 2022<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for a status conference on December 6, 2021, before the Honorable Dale A. Drozd, may be continued to January 18, 2022, at 10:00 a.m. for further status conference.

Mr. Hawkins currently has a pre-preliminary hearing scheduled in Fresno Superior Court case F210906879 scheduled on January 11, 2022.  After Mr. Hawkins was ordered remanded by Judge Boone at a bail hearing on November 30, 2021, defense counsel needs additional time to speak with Mr. Hawkins and to consult with Mr. Hawkins's appointed counsel on his state case. The government has no objection to the requested continuance.

Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 |   |   |   |
| 3 |   |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 4 | DATED: December 1, 2021 | By: | /s/ *Justin J. Gilio*<br>JUSTIN J. GILIO |
| 5 |   |   | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 |   |   |   |
| 7 |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |   |   |   |
| 9 | DATED: December 1, 2021 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE |
| 10 |   |   | Assistant Federal Defender<br>Attorneys for Defendant |
| 11 |   |   | MARQUIS L. HAWKINS |

**O R D E R**

IT IS SO ORDERED that the status conference regarding the sentencing hearing on the above-entitled case shall be continued to January 18, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**December 1, 2021**__   _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE