HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARQUIS L. HAWKINS,<br><br>  Defendant. | Case No.  1:19-cr-00089-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE:   April 25, 2022<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for a status conference on January 18, 2022, before the Honorable Dale A. Drozd, may be continued to April 25, 2022, at 10:00 a.m. for further status conference.

   Mr. Hawkins was previously scheduled for sentencing on this case on September 7, 2021. On August 25, 2021, Mr. Hawkins was arrested and charged in Fresno Superior Court case F210906879.  Defense has requested to continue Mr. Hawkins's sentencing hearing while Mr. Hawkins litigates the new state charges.  The government does not oppose this request and is in the process of having a writ filed to allow Mr. Hawkins to appear on his state court case.

Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: January 5, 2022  By: /s/ *Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 5, 2022  By: /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
MARQUIS L. HAWKINS

# **O R D E R**

Pursuant to the stipulation of the parties, the status conference regarding the sentencing hearing on the above-entitled case shall be continued to April 25, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 5, 2022**

_____
UNITED STATES DISTRICT JUDGE