HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00089-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| MARQUIS L. HAWKINS, | DATE:   October 24, 2022<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marquis Hawkins, that the Court may continue the sentencing hearing currently scheduled for April 25, 2022, at 10:00 a.m. to October 24, 2022, at 10:00 a.m.

On October 27, 2020, Mr. Hawkins entered a guilty plea to Count One of the Superseding Information, and the Court scheduled sentencing for March 1, 2021. At the request of the parties, the Court continued the sentencing hearing to September 7, 2021. On August 25, 2021, while awaiting sentencing, Mr. Hawkins was arrested and charged in Fresno Superior Court Case F210906879. Since Mr. Hawkins's arrest on August 25, 2021, the parties have requested several continuances to allow defense counsel to investigate the allegations underlying the pending state

1  charge and, ultimately, to allow Mr. Hawkins to resolve the pending state charge. The parties
2  agree that the pending state case has the potential to greatly impact the sentence in this case.
3  Notably, the probation officer has recommended denying Mr. Hawkins an adjustment for
4  acceptance of responsibility on the basis of the new charge.

5      Since the parties' last stipulation—filed January 6, 2022—defense counsel and counsel
6  for the government have worked diligently to get either Mr. Hawkins's state-court defense
7  attorney or the District Attorney to file a writ to allow Mr. Hawkins to appear on his state court
8  case. Last week, counsel for the government spoke with the District Attorney, who stated that
9  she intends to file the necessary paperwork. The parties are unsure how long it will take Mr.
10 Hawkins to resolve the state case. The parties are requesting a six-month continuance; however,
11 if the state case is resolved prior to October 24, 2022, the parties will notify the Court and seek to
12 advance the sentencing hearing.

13     Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary
14 under the Speedy Trial Act. Defense counsel has conferred with Mr. Hawkins, who agrees to the
15 continuance.

16     In light of the foregoing, the parties respectfully request that the Court continue the April
17 25, 2022 sentencing hearing to October 24, 2022, at 10:00 a.m.

18         Respectfully submitted,

19
20         PHILLIP A. TALBERT
        United States Attorney

21 DATED: April 11, 2022     By:   /s/ *Justin J. Gilio*
        JUSTIN J. GILIO
22         Assistant United States Attorney
        Attorney for Plaintiff
23

24         HEATHER E. WILLIAMS
        Federal Defender
25

26 DATED: April 11, 2022     By:   /s/ *Erin Snider*
        ERIN SNIDER
27         Assistant Federal Defender
        Attorneys for Defendant
28         MARQUIS L. HAWKINS

1 **O R D E R**

2    Pursuant to the stipulation of the parties, the sentencing hearing in the above-entitled case
3 shall be continued to October 24, 2022, at 10:00 a.m.

4
5 IT IS SO ORDERED.

6    Dated: **April 11, 2022**                    _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE