HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:19-CR-00089 DAD-BAM |
|---|---|
| *Plaintiff,* | ORDER FOR TEMPORARY RELEASE |
| vs. | |
| MARQUIS L. HAWKINS, | |
| *Defendant.* | |

IT IS HEREBY ORDERED that defendant Marquis L. Hawkins (Fresno County Sheriff's Office JID 7037442) shall be released from the Fresno County Jail to the custody of Tyisha Pittman on Friday, September 16, 2022, at 10:00 a.m. Ms. Pittman shall transport Mr. Hawkins directly to Sterling & Smith Funeral Home, located at 1103 E Street, Fresno, CA 93706, for Kenya Davis's funeral services. Following the funeral services, Ms. Pittman shall transport Mr. Hawkins directly to Mountain View Cemetery, located at 1411 W Belmont Avenue, Fresno, CA 93728, for Ms. Davis's burial services. Upon conclusion of the burial services or by 2:30 p.m.—whichever is earlier—Ms. Pittman shall transport Mr. Hawkins directly back to the Fresno County Jail. While on release, Mr. Hawkins shall obey all laws and shall abstain from the use of drugs and alcohol.

IT IS SO ORDERED.

Dated:  **September 14, 2022**

UNITED STATES MAGISTRATE JUDGE