HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
MARQUIS L. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00089-ADA-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| MARQUIS L. HAWKINS | DATE: November 28, 2022<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Ana de Alba |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marquis Hawkins, that the Court may continue the sentencing hearing currently scheduled for October 24, 2022, at 10:00 a.m. to November 28, 2022, at 1:30 p.m.

Mr. Hawkins wishes to exercise his right to an in-person sentencing hearing. The parties are requesting a continuance to November 28, 2022, at 1:30 p.m. to accommodate the Court's schedule for in-person hearings. Because Mr. Hawkins has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act. Defense counsel has conferred with Mr. Hawkins, who agrees to the continuance.

/ / /

1

2

3

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

4   DATED: October 18, 2022          By:     /s/ *Justin J. Gilio*
                                             JUSTIN J. GILIO
5                                            Assistant United States Attorney
                                             Attorney for Plaintiff
6

7                                            HEATHER E. WILLIAMS
                                             Federal Defender
8

9   DATED: October 18, 2022          By:     /s/ *Erin Snider*
                                             ERIN SNIDER
10                                           Assistant Federal Defender
                                             Attorneys for Defendant
11                                           MARQUIS L. HAWKINS

12

13

14   IT IS SO ORDERED.

15       Dated:    October 19, 2022
                                             _____
16                                           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2
       IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be

3
continued to November 28, 2022, at 1:30 p.m. in Courtroom 1 before the Honorable Ana de

4
Alba. All parties shall be present in person.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28