HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MARQUIS LEONARD HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS LEONARD HAWKINS,<br><br>Defendant. | Case No. 1:19-cr-00089 NODJ-BAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |

Defendant, MARQUIS LEONARD HAWKINS, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. Mr. Hawkins received 8 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to former USSG § 4A1.1(d) for a total criminal history score of 10, which placed Mr. Hawkins in criminal history category V with a recommended guideline range of 70 - 87 months;

4. On November 28, 2022, this Court sentenced Mr. Hawkins to a term of 70 months imprisonment;

5. The sentencing range applicable to Mr. Hawkins was subsequently lowered by the status-point provision, which reduces his criminal history score to 9, lowering his criminal history category from V to IV, resulting in an amended advisory guideline range of 57 to 71 months;

6. Because Mr. Hawkins is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Hawkins's term of imprisonment to 57 months, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date of the Court's Order exceeds 57 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

Respectfully submitted,

Dated:  January 31, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 31, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/*
PEGGY SASSO
Assistant Federal Defender

Attorney for Defendant
MARQUIS LEONARD HAWKINS

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hawkins is entitled to the benefit of Amendment 821, Part A, the new status point provision, codified at USSG § 4A1.1(e), which reduces his criminal history category from V to IV, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2022 is reduced to a term of 57 months, effective 10 days from the date of the amended judgment. If the amount of time served as of the effective date of this Order exceeds 57 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hawkins shall report to the United States Probation Office within seventy-two hours after his release.

DATED: January 31, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE